AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

CASE NUMBER: 08CV2463

V.

ASSIGNED JUDGE: JUDGE GETTLEMAN

GALE CONSTRUCTION COMPANY OF
ILLINOIS, an Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

Gale Construction Company of Illinois
c/o Mark T. Hickey, Registered Agent
7220 W. 194th Street
Tinley Park, IL  60477

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within      Twenty (20)      days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK



April 30, 2008
_____
Date

**State of Illinois**

**General No.: 08CV2463**

**County of USDC CHICAGO**

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 6/10/2008 at 11:50:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Gale Construction Company of Illinois c/o Mark T. Hickey as shown below:

Served the wihin named Gale Construction Company of Illinois c/o Mark T. Hickey by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Laura Pager a person authorized to accept service of process as agent.

Said service was effected at 315 W. McDonough St., Joliet, IL 60436

Description of Person Served Sex: F  Height: 5'6  Weight: 200  Race: W  Age: 40

Additional or Other Information:
Unable to make contact at 7220 W. 194th St., Tinley Park, IL. This is a business address with no hours posted and closed on attempts.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated 6-11-08

Leroy Karczewski
117-000192